

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 19, 2020

**By ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

4/9/2020
A control trial date is set for June 22, 2020. Time is excluded through June 22, 2020. SO ORDERED.

*/s/ Paul A. Crotty*

Re:   *United States v. Tagliaferro, et al.*, 19 Cr. 472 (PAC)

Dear Judge Crotty:

    The parties jointly request that the Court adjourn the current trial of date May 4, 2020. The parties respectfully request that the Court set a control date on or about June 22, 2020, at which time, hopefully, the Court and the parties will be able to set a trial date. If the Court grants the adjournment request, the Government respectfully requests that the Court exclude time between now and the control date, pursuant to 18 U.S.C. § 3161(h)(7)(A), in light of recent public events and their effect on the parties' ability to prepare for trial. Both defendants consent to this request.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney
    Southern District of New York

By:         */s/*
    Thomas A. McKay / Jarrod L. Schaeffer
    Assistant United States Attorneys
    Tel: (212) 637-2268 / 2270

cc:  Counsel of Record (via ECF)