LAW OFFICE OF
# MICHAEL K. BACHRACH
276 FIFTH AVENUE, SUITE 501
NEW YORK, N.Y. 10001
--------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *  
* admitted in N.Y., MN and D.C.

http://www.mbachlaw.com  
michael@mbachlaw.com

May 14, 2020

**By ECF and email**

The Hon. Paul A. Crotty  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

> 5-15-2020
> Bail is modified to allow travel to the District of New Jersey.
> SO ORDERED.

*Re: United States v. Tagliaferro, et al.*  
*19 Cr. 472 (PAC)*

Dear Judge Crotty:

    We represent Salvatore Tagliaferro in United States v. Tagliaferro, 19 Cr. 472 (PAC), and write to respectfully request a modification of Mr. Tagliaferro's pretrial conditions of release.

    Earlier today we were informed that Mr. Tagliaferro has been offered employment beginning this Monday, May 18, 2020, as a construction site supervisor at American Dream Mall for Benmoore Construction Co. located in Hackensack, New Jersey. The terms of Mr. Tagliaferro's appearance bond currently limit his travel to the Southern and Eastern Districts of New York and the Middle District of Pennsylvania and all points in between necessary for such travel.

    As such, in order to allow Mr. Tagliaferro to accept this job opportunity we respectfully request a modification of Mr. Tagliaferro's bail conditions by expanding his permissible travel to include the District of New Jersey, with all other conditions of his appearance bond to remain the same.

    We have emailed with Pretrial Services Officer Madalyn Toledo and been informed that Pretrial Services has no objection to the instant application. We have also emailed with Assistant United States Attorney Thomas McKay and been informed that the Government defers to Pretrial Services and as such likewise has no objection.

    Accordingly, Defendant Salvatore Tagliaferro, by and through counsel, respectfully requests a modification of Mr. Tagliaferro's pretrial conditions of release to permit him to expand his permissible travel to include the District of New Jersey, with all other conditions of his appearance bond to remain the same.

The Hon. Paul A. Crotty
May 14, 2020
Page 2 of 2

        Thank you for your time and consideration.

                            Respectfully submitted,

                            /S/

                            Michael K. Bachrach
                            Richard H. Rosenberg
                            *Attorneys for Defendant Salvatore Tagliaferro*

cc:     All parties of record (by ECF)
        PTS Officer Madalyn Toledo (by email)