

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 17, 2020

**By ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

9/18/2020
The proposed briefing schedule
is adopted. SO ORDERED.

*/s/ Paul A. Crotty*

    Re:   *United States v. Tagliaferro, et al.*, 19 Cr. 472 (PAC)

Dear Judge Crotty:

    Pursuant to the Court's direction at the pretrial conference held on September 16, 2020, the Government has conferred with counsel for the defendants and respectfully proposes the following schedule for pretrial submissions:

- Motions *in limine* due November 18, 2020;
- Opposition to filed motions due November 25, 2020;
- Replies, if any, due November 30, 2020; and
- Proposed Requests to Charge and Proposed Voir Dire due December 2, 2020.

Counsel for defendants have no objection to this proposed schedule. If this also is convenient for the Court, the Government respectfully requests that the above schedule be So Ordered.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney
    Southern District of New York

By:         */s/*
    Thomas A. McKay / Jarrod L. Schaeffer
    Assistant United States Attorneys
    Tel: (212) 637-2268 / 2270

cc:  Counsel of Record (via ECF)