UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

SALVATORE TAGLIAFERRO,

Defendant

19-CR-472 (PAC)

PAUL A. CROTTY, United States District Judge:

The Court directs the District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America to meet and confer with defendant Salvatore Tagliaferro to determine whether the parties can agree on the scope of the subpoena *duces tecum* in this matter. The parties have until Friday, October 30, 2020 to resolve their dispute. If they fail to agree, the Court will rule on the pending motion to suppress.

SO ORDERED:

_____
PAUL A. CROTTY
United States District Judge

Dated: New York, NY
       October 22, 2020