

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 10, 2020

**By ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Tagliaferro, et al.*, 19 Cr. 472 (PAC)

Dear Judge Crotty:

    Pursuant to the Court's direction at the pretrial conference held on November 9, 2020, the parties jointly propose the following schedule for pretrial submissions:

- Motions *in limine* due December 28, 2020;
- Opposition to filed motions due January 4, 2021;
- Replies, if any, due January 7, 2021; and
- Proposed Requests to Charge and Proposed Voir Dire due January 7, 2021.

    In addition, the Government respectfully requests that the Court exclude time through the current trial date of January 18, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A), in light of the ongoing public health crisis and its effect on the parties' ability to prepare for trial. The defendant consents to this request.

                              Respectfully submitted,

                              AUDREY STRAUSS
                              Acting United States Attorney
                              Southern District of New York

                By:       */s/*
                              Thomas A. McKay / Jarrod L. Schaeffer
                              Assistant United States Attorneys
                              Tel: (212) 637-2268 / 2270

cc:  Counsel of Record (via ECF)