UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                          :

UNITED STATES OF AMERICA,        :

   *-against-*                                :               19-CR-472 (PAC)

SALVATORE TAGLIAFERRO         :

                 *Defendant.*             :               **ORDER**

------------------------------------------------------------X

In light of the amendment to Chief Judge McMahon's standing order, all trials in the Southern District of New York are being adjourned to February 12, 2021. *See* First Amended Standing Order, M-10-468 (CM) (S.D.N.Y. Jan. 5, 2021). The Court has discretion to schedule its calendar as appropriate. Accordingly, the January 18 trial date is adjourned to Monday, April 5, 2021.

The Court will hold a Final Pretrial Conference on Monday, March 29, 2021 at 2:30 PM. For details on motions *in limine* and other trial submissions, see Individual Rules and Practices.

Dated: New York, New York                     SO ORDERED
January 8, 2021

                                                          HONORABLE PAUL A. CROTTY
                                                          UNITED STATES DISTRICT JUDGE