

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 8, 2021

**By ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

1/11/2021
Time will be excluded from January 18, 2021 through April 5, 2021. SO ORDERED.

*[signature: Paul A. Crotty]*

Re:   *United States v. Tagliaferro, et al.*, 19 Cr. 472 (PAC)

Dear Judge Crotty:

On January 8, 2021, in light of amendments to Chief Judge McMahon's standing order adjourning all trials in the Southern District of New York through February 12, 2021, this Court adjourned the trial in the above-referenced matter, previously scheduled to begin on January 18, 2021, to April 5, 2021.  (*See* ECF No. 114.)

In light of that adjournment, the Government respectfully requests that the Court exclude, pursuant to 18 U.S.C. § 3161(h)(7)(A), time between January 18 and April 5, given recent events and their effect on the parties' ability to prepare for and proceed to trial.  *See also In re Coronavirus/COVID-19 Pandemic*, 20-MC-622 (S.D.N.Y. Jan. 6, 2021).  The Government has consulted with counsel for defendant Salvatore Tagliaferro, who consents to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

By:   _____/s/_____
Thomas A. McKay / Jarrod L. Schaeffer
Assistant United States Attorneys
Tel: (212) 637-2268 / 2270

cc:  Counsel of Record (via ECF)