

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 15, 2021

**By ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Tagliaferro, et al.*, **19 Cr. 472 (PAC)**

Dear Judge Crotty:

    Pursuant to the Court's direction at the pretrial conference held on April 12, 2021, the parties have conferred and hereby jointly propose the attached verdict sheet.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney
        Southern District of New York

By:    */s/*
        Thomas A. McKay / Jarrod L. Schaeffer
        Assistant United States Attorneys
        Tel: (212) 637-2268 / 2270

cc:  Counsel of Record (via ECF)