UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| -v.- : | |
| SALVATORE TAGLIAFERRO : | **Verdict Sheet** |
| : | **19 Cr. 472 (PAC)** |
| Defendant. | |
| : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Please indicate your answers to the questions below. Your answers must be unanimous. Do not write anything on this form, except to check a response and sign and date the form.**

**COUNT ONE:**      **Conspiracy**

As to Count One, how do you find the defendant, SALVATORE TAGLIAFERRO?

    GUILTY _____         NOT GUILTY_____

**COUNT TWO:**      **Conversion of Union Assets**

As to Count Two, how do you find the defendant, SALVATORE TAGLIAFERRO?

    GUILTY _____         NOT GUILTY_____

**COUNT THREE:**   **Honest Services Wire Fraud**

As to Count Three, how do you find the defendant, SALVATORE TAGLIAFERRO?

    GUILTY _____         NOT GUILTY_____

Dated:  New York, New York
    \_\_, 2021

                                                        _____
                                                        Signature of Foreperson

                                                        _____
                                                        Print name