# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718)783-8200 • FAX (718)783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

April 28, 2021

*[Handwritten: 4/29/2021 The request is approved. So ordered. Paul A. Crotty USDJ]*

VIA ECF AND EMAIL
Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
Brooklyn, NY 10007

Re: *U.S. v. Sal Tagliaferro*
19 Cr. 472 (PAC)

Dear Judge Crotty:

I write to respectfully request that your Honor approve, *nunc pro tunc*, Defendant's request to reimburse the court reporters for the excellent and expedited trial transcripts that have been provided to counsel since the commencement of the trial.

I apologize for not having made this request earlier; however, I was apparently under the mistaken impression that the defense counsel was entitled to the same transcript arrangements as government counsel – as long as there was an agreement to split the cost – which there was.

The court reporters in this case have provided extraordinarily accurate transcripts, on an expedited basis, which made it possible for counsel to be well prepared for the examination of all witnesses. Additionally, their excellent work made it possible to move the case forward without unnecessary delay.

Accordingly, counsel respectfully requests that your Honor authorize the payment for the expedited transcripts that we received.

Respectfully submitted,

Susan G. Kellman
Susan G. Kellman

cc: All Counsel
Southern District Court Reporters