LAW OFFICE OF

# MICHAEL K. BACHRACH

224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001

--------------

TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *
* admitted in N.Y., MN and D.C.

http://www.mbachlaw.com
michael@mbachlaw.com

May 6, 2021

**By ECF and email**

The Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States v. Tagliaferro,*
*19 Cr. 472 (PAC)*

Dear Judge Crotty:

The parties have conferred regarding the scheduling of post-trial motions in the above-referenced matter, and we write now, jointly on behalf of the defendant and the Government, to jointly request that this Court so-order the following schedule:

Post-trial motions due:  Friday, June 4, 2021
Response due:  Friday, June 25, 2021
Reply, if any, due:  Friday, July 9, 2021

Thank you for your time and consideration.

Respectfully submitted,

/S/

Michael K. Bachrach
Richard H. Rosenberg
*Attorneys for Defendant Salvatore Tagliaferro*

cc:   AUSA Thomas McKay (by ECF)
      AUSA Jarrod L. Schaeffer (by ECF)