May 23, 2021

The Honorable Justice Paul Crotty
U.S. District Court
Southern District of New York
New York, New York 10007

Honorable Justice Paul Crotty,

I am writing you this letter in regards to Salvatore Tagliaferro, who is to appear before you for sentencing on July 27, 2021. I am respectfully requesting that you show mercy and leniency when you make this decision for the following reasons.

Mr. Salvatore Tagliaferro was a mentor to my two brothers (Michael, Johnny) and me when I was on my path to Eagle Scout. Mr. Tagliaferro freely gave his time and money to Troop 37 in Staten Island. This not only helped my Brothers and me, but many other Boy Scouts in Troop 37. For example, his monetary donation to Troop 37 helped us attend Arlington National Cemetery for a wreath laying ceremony at the tomb of the Unknown Soldier. Another way he helped me obtain the Rank of Eagle Scout was by assisting me in completing my Community project. Mr. Tagliaferro also reached out to carpenters who volunteered their time to do extensive repair work at the Tibetan Museum on Staten Island. He also helped Boy Scouts from different Troops including me complete the many merit badges that are needed to become an Eagle Scout. Because Mr. Tagliaferro is knowledgeable in the building trades such as Carpentry, Plumbing, and Electricity, he was able to use his skills and knowledge to teach the Boy Scouts and me. This is important because these life long skills, which I learned, could lead to a career in one of those fields.

Mr. Salvatore Tagliaferro is a patriot, who served his country honorably in the U.S. Navy. Over the years, Salvatore has volunteered his time, money and labor in the community, too many times to mention in this letter. Mr. Tagliaferro is a Christian, who is my Godfather. We attend church every Sunday at our local parish. Mr. Tagliaferro has made a positive impact by helping those in need without ever receiving anything in return.

For these reasons, I again ask you to please show mercy in your sentencing of Salvatore Tagliaferro. It would be a great loss to his family, the community and our family. Thank you for taking the time to read this letter.

Sincerely,

*Anthony Mendez*

Anthony P. Mendez
New York State Emergency Medical Technician
Eagle Scout Class of 2017

**Exhibit E at 1**

# Fwd: Letter

From:   Salvatore Tagliaferro ███████████

To:     michael@mbachlaw.com; richrosenberg@msn.com

Date:   Saturday, June 26, 2021, 04:14 PM EDT

---------- Forwarded message ----------
From: **brandon alexander** █████████████
Date: Sat, Jun 26, 2021 at 12:07 PM
Subject: Letter
To: ████████████

Honorable Judge Paul Crotty
U.S. DIstrict Court
Southern District of New York
New York, New York 10007

I know your time is valuable but I would like to take this time to introduce myself to you. My name is Brandon Alexander and I am a 34 year old union carpenter from Las Vegas, NV. I have known Salvatore Tagliaferro my whole life. He has been an amazing role model for me and helped me fulfill my goal to be a union carpenter. I know Sal to be a great family man, friend, someone who keeps his word and has never let me down. I am saddened to hear of him being found guilty and can only hope that when it comes time to his sentencing that he can be shown every bit of leniency available to him. He has always been nothing but an amazing family man and I can not imagine what it would do to his family if he has to spend any period of time away from them.  Thank you for taking the time out of your busy schedule to read this letter and I only hope when Salvatore soon stands before you that you see him for the man he truly is.

Brandon M. Alexander

**Exhibit E at 2**

**From:** Salvatore Tagliaferro
**Sent:** Saturday, May 29, 2021 1:40 PM
**To:** Michael Bachrach; Richard Rosenberg
**Subject:** Fwd: Honorable Judge Paul Crotty

---------- Forwarded message ---------
**From: Cesar Cevallos** ███████████
Date: Sat, May 29, 2021 at 1:32 PM
Subject: Honorable Judge Paul Crotty
To: ████████████████

Honorable Judge
Paul Crotty
U.S. District Court
Southern District of New York
New York NY 10007

Your Honor,

    My name is Cesar Cevallos. I am a 35 year union member of The District Council of Carpenters and in the Trade Shows/ Convention industry in the state of New York.
I am a home owner and a father of 3 wonderful grown and successful children.
  I'm writing on behalf of my longtime friend Salvatore Tagliaferro, who will be appearing before you for his pending sentencing hearing.
Over 30 years working together on occasion a friendship was easily established.
Knowing Salvatore on a professional and personal level through our industry, I can honestly state he has always showed a tremendous love for his family, respect for his friends/ work collies and a dedicated, fond and professional approach to his job always.
 His qualities I admire most that always stood out to me are his deep devotion in being a man of faith and his no hesitation to help others.
He is a good man with family, friends and neighbors who know him, love and need him.
 Your Honor, with deep respect, this is just an honest overview on how I know Salvatore.
Any consideration you can give Salvatore in this matter will be humbly appreciated.
Thank you for taking the time to read my letter.

Best Regards

Cesar Cevallos

**Exhibit E at 3**

May 20, 2021

Honorable Paul Crotty,

I am writing this letter on behalf of Salvatore Tagliaferro. I have known Sal for thirty plus years. He is not a biological brother but in my heart I call him my brother. He is one of the most compassionate caring people I know. He is an amazing dad to his three sons in which I have watched them grow into respectful young adults by leading by example. His wife and boys are the most important people in his life.

He and his wife have been there for me through the most difficult times in my life (divorce and the death of my mom). He gives his time to anyone in need whether it be conversation or fixing something that is broken. He has volunteered his time for various causes without complaint. He is a selfless person who never asks for anything in return. There are not many people in the world like him.

He has been a blessing in my life. I am proud to call him my brother and for once I can be the support he needs at this time. I am respectfully pleading he be granted leniency as his family needs him, his boys need him.

I can be available to contact if you would like to ask me any questions. My number is 352-480-7635.


Respectfully submitted,

Cheryl Perrone

# Fwd: Honorable Judge Paull Crotty

From:   Salvatore Tagliaferro █████████████

To:     michael@mbachlaw.com; richrosenberg@msn.com

Date:   Thursday, May 13, 2021, 12:16 PM EDT


---------- Forwarded message ----------
From: **Dallas Michaels** █████████████
Date: Thu, May 13, 2021 at 11:34 AM
Subject: Honorable Judge Paull Crotty
To: █████████████████████████████

Honorable Judge Paull Crotty

U.S. District Court

Southern District of New York

New York, New York 10007


I come to you with great humility to speak on behalf of a personal friend and whom I consider a brother in Salvatore Tagliaferro. My name is Dallas Michaels I am from Dallas Texas and worked many years side by side in the Trade Show Industry with Sal. I am 36 years old and Father of 3 kids and Husband of my wife for 11 years.

I have known Sal for around 18 years now (since day 1 I came in this industry). Sal was a very well respected lead in our company for many years and when I heard about him the first time I knew it was an opportunity for me to really stick to him to become more knowledgeable in this industry. I was a young man at the time 18 years of age, very hungry and dedicated to my craft to be the best employee I could be. I had the opportunity to work on a big job with Sal and knew that if I could gather some of his knowledge that would step me in the right direction moving forward grasping all I could. He took me under his wing and I can honestly say Sal is a key catalyst that turned me into where I am today. After 18 years in the industry I am the Director of Operations for and Install and Dismantle company and I owe people like Sal a deep gratitude.

Sal is a man of faith and although I never met his family in person I feel like I know them well with how he always spoke about his wife Bernadette, and sons Sal Jr., Christopher, and Jimmy. His love and compassion went well beyond his family as he always extracted nothing but the best out of each and every person he touched. He didn't take any short cuts, he talked the talk and walked the walk. One of the key things that I got from Sal and it has stuck with me all of these years, he would say to me "kid… your only as good as your last job" To me it means you should always strive for more, be a better person, be a better employee, be a better husband, a better father. That one quote turned into a meaningful life lesson for myself.

Furthermore I cannot fully comprehend what he must be going through in this exact moment. Sal is an honest man who wears his heart on his sleeve, is passionate about his faith and has a never ending love for his family. I ask that you consider all terms for a husband, father, brother and friend. He is needed by so many and does so much good in this world.

**Exhibit E at 5**

I appreciate you taking the time to read this letter and I hope the good Lord is with you and all involved in this matter. God Bless you all.

**Dallas Michaels**

New York City,

My name is Dennis Boyles and I am a retired NYC Detectives. Upon my retirement in 1998, I was a senior investigator at the Department of Education,Office of Special Investigations.
May I thank you in advance for taking the time to read my letter.I am contacting you on behalf of Salvatore Tagliaferro who was recently found guilty and will be appearing before you for sentencing. I have known Sal for approximately 15 years and was quite surprised to learn that he had been arrested, yet convicted of any crime.
In all the time that I have known Sal, he has always been a law abiding, hard working family man. He has always been a good friend to his neighbors and friends and has never hesitated to use his expertise in construction to assist someone in need. If Sal was to be incarcerated , it would have a devastating effect on his family and those of us who have come to know and love him.Any consideration that you could afford him would be greatly appreciated.

Sincerely
Dennis Boyles



*Dina M. Letteriello*

May 13, 2021

Honorable Judge Paul Crotty
U.S District Court
Southern District of New York
New York, New York 10007

Dear Judge Crotty:

I am writing on behalf of my longtime friend, Salvatore Tagliaferro who will soon be appearing in court before you for his sentencing hearing. It is my hope to set forth for you my experience with Sal to provide a more accurate picture of his character.

I have known Sal for nearly 20 years. For the entire time, I have known him to be a solid, upstanding and honest man who is completely devoted to his family and dedicated to helping his friends and others in any way that he can. It was always easy to see Sal's love for his job and the dedicated approach he took with respect to his responsibilities.

One of Sal's children is autistic. Having two disabled brothers myself, I have always been so very impressed with the way Sal and his family have faced that situation. Even though I am sure Sal and his family were devastated with this diagnosis, Sal always accepted his child's autism as a part of that child and immediately recognized that such a diagnosis does not make the child any less important. I've watched Sal let go expectations Sal himself had for this child and instead focus on giving the child what he needs to thrive.

Needless to say, I was shocked to learn of Sal's arrest and today even more shocked to learn that his trial did not result in an acquittal. From my perspective, Sal has always been a good person who is loved and supported by his family and friends. Sal has shown himself to be a family man whose priorities are in order. Even now, Sal remains a man of much faith who is a well-respected member of the community. It is for these reasons that this situation is so very difficult to comprehend for me personally. I can only imagine how tormenting it must be for Sal and his family.

I know that Sal will soon be sentenced and I have no doubt he will stand before you with dignity and hope, knowing that what comes next for him and his family is largely in your hands. When you take the matter under advisement, I respectfully request that you please also consider Sal's family who love and need him very much. Sal is a good man, and it is my most sincere hope that he be afforded leniency if at all possible.

Thank you very much for your consideration of this letter in connection with this matter.

Very truly yours

*Dina M. Letteriello*

May 21, 2021

The Honorable Justice Paul Crotty
U.S. District Court
Southern District of New York
New York, New York 10007

Honorable Justice Paul Crotty,

I am writing you this letter in regards to Salvatore Tagliaferro, who is to appear before you for sentencing on July 27, 2021. He is a hard workingman who always took great care of his family and would do anything to help out his neighbors.

I believe that Sal was viciously and wrongly accused and painfully found guilty. He now faces the possibility of a prison term. With all my heart, I sincerely implore you for compassion and mercy for this wonderful man and his family.

He is a devoted husband and father to a wonderful wife and 3 wonderful sons. His second son was born with a deformed hand and his third is seriously Autistic. This will destroy his entire family. I implore you to allow him to continue taking care of his family who desperately need him.

He is a God loving devoted Christian and I implore for compassion and leniency toward this wonderful man. I as a Christian, thank you humbly for your mercy and compassion and leniency when sentencing Salvatore Tagliaferro. Thank you for taking the time to read this letter.

Sincerely

Dolores Mondella

Dolores Mondella



June 29, 2021

Honorable Judge Paul Crotty
U.S. District Court
Southern District of New York
New York, New York 10007

Dear Judge Paul Crotty,

My name is Frank M. Schiavone and I am a carpenter by trade who retired in 2009 from Local 608. I am a lifelong resident of New York State, a married man with four children and have resided in Nanuet, New York since I was a child.

I would like to first thank you for taking time out of your hectic schedule to read my letter which humbly requests leniency for Salvatore Tagliaferro who is scheduled for sentencing by Your Honor on July 27, 2021.

I first met Salvatore Tagliaferro in 1995 through work and over the years we became good friends and remain so to this day. During this time period, I had many opportunities to get to know Salvatore not only as a work associate but also as a family man, a great father to his children and a steadfast and reliable friend.

My knowledge of Salvatore and interactions with him over the years makes it especially hard for me to comprehend his arrest and conviction as this most definitely is not the man I know. My experience with Salvatore certainly reveals a compassionate man with respect and love for all people he encounters. My dealings with Salvatore Tagliaferro have led me to believe that he is honest and ethical. My observances of his character certainly always mirrored him as an upstanding, kindhearted man constantly ready and willing to assist all who needed his help.

Salvatore is a very good family man who is sincere and it is apparent that his family means the world to him. He truly loves his family as they love him and I know that it would be a great hardship for his wife and his children to be without him should he be incarcerated. It would, without a doubt, be a devastating and life changing experience for all involved.

In closing, I would like to again thank Your Honor for reading my letter. I humbly leave the fate of my friend Salvatore Tagliaferro in your very capable hands and once again request that you afford him as much leniency as you can at his sentencing. Thank you in advance for any assistance you can offer Salvatore Tagliaferro.

Sincerely,

Frank M. Schiavone

## Letter

From: Salvatore Tagliaferro

To:    michael@mbachlaw.com; richrosenberg@msn.com

Date: Thursday, June 3, 2021, 10:12 PM EDT

May 21, 2021

To Honorable Justice Paul Crotty,

My name is Gary Gilberti, and I'm a retired Teamster from Local 816.
I have worked in the Wine and Spirits industry for over 30 years, retiring
back in 1999.
I am a proud father of two established successful daughters, as well as
six grandchildren.

I am writing on behalf Salvatore Tagliaferro.   I have known Salvatore for
over 30 years.
I met Salvatore when I was buying a new home and he was the project
manager for the builder.
Sharing our life stories and expressing what we wanted for our children,
we realized we
had a lot in common, both being single dads, we became instant
friends.  We would look to
each other for advice and reassurance on raising our children to be
good, successful individuals.
Through the years I have learned that Sal puts others first.  Always giving
a helping hand
whether it was to help the lady down the block install a chair lift for her
disabled husband, or
something as simple as filling my kids bike tires with air.

Being that Sal has been a stand-up guy and somewhat of an underdog, I
was quite surprised to learn he was found guilty.   I have known Sal to be
an honorable man, who works hard and has adhered to the law.  It has
never been about how much money he can make; it was who he can
help.  It is for those reasons that I hope when Sal stands before you for
sentencing you can take into consideration the negative effect of being
incarcerated will have on his family and close friends.

**Exhibit E at 11**

Your time is greatly appreciated.

Best Regards,

Gary Gilberti

**Exhibit E at 12**

## Fwd: In Regards to Salvatore Tagliaferro

From: Salvatore Tagliaferro ███████████

To: michael@mbachlaw.com; richrosenberg@msn.com

Date: Friday, May 14, 2021, 10:19 PM EDT

---------- Forwarded message ----------
From: **Gregory Olepau** ███████████████████
Date: Fri, May 14, 2021 at 10:01 PM
Subject: In Regards to Salvatore Tagliaferro
To: ████████████████

Honorable Judge Paul Crotty
U.S District Court
Southern District of New York
New York, New York 10007

    If I may have a minute of your valuable time, I would like to introduce myself. My name is Gregory Kalani Olepau. I am a retired USAF Airman and recently fully Retired due to Covid-19. I have lived in Florida since 1989. Now, at my young age of 65, a Father of one awesome son and two wonderful Grandchildren.

    I`m writing on behalf of my great friend Salvatore Tagliaferro who will be appearing before you soon for his pending sentencing hearing. What comes next for Sal will undoubtedly define his future and it troubles me to even think about the devastation to Sal and his beautiful family should the sentence be harsh enough to include incarceration.

    After many years ( almost 20 now ) of friendship with Sal, both working together on occasion and on a personal level, I can tell you that I was shocked to learn of his arrest, and even further shocked to learn that he was convicted at trial. I can state without hesitation that Sal has NEVER displayed anything other than a love for his family, respect for his friends and an honest and dedicated approach to his job. He is a man of faith and has always demonstrated a willingness to help others, no matter the situation. That is why this entire episode is just so hard to fully comprehend for me personally, I cannot imagine what the process has done to Sal.

    In closing I would offer that Sal will stand before you soon with humility, dignity, and with his future in your capable hands. He is a good man with a family and friends who know him, love him and need him. I only ask that you afford him every bit of leniency that you can.

    Thank you for taking the time to read my letter, and thank you in advance for any and all consideration you can give Sal in this matter, it will be humbly appreciated

        Gregory Kalani Olepau
        ███████████

**Exhibit E at 13**

Honorable Judge Paul Crotty

U.S. District Court

Southern District of New York

New York, N.Y. 10007

My name is James Foster I am a colleague and friend of Mr. Sal Tagliaferro. I have known Sal for 8 years and have worked very closely with him on many volunteer community projects and vast functions. Sal dedicates his time and help to all that need it I have never witnessed him to deny anyone of help in any way. As a member of Local 926 for 20 years I witnessed our local to be placed in disarray and failed operation from past executive control. Sal has taken our local and rejuvenated it to the high standard and respect it now has today. I had the pleasure of stating Mr. Sal Tagliaferro is the President of Local 926, many years as a member I distanced myself from Local 926 until Sal was elected into office and changed our standing in the communities and trades to the highly respected local it is today. I am very discouraged at the false accusations and charges being placed on my President and ask that this letter be considered as an appeal to your judgement to please examine the real person, Father, Husband, friend ,mentor and great leader Mr. Sal Tagliaferro is. I want to Thank you in advance for taking the time to read this letter and being Honorable to making the right decision for an innocent hard working dedicated man Mr Sal Tagliaferro.

Thank you, Sincerely

James Foster member Local 926/UFT ERA rep

Fwd:

From:  Salvatore Tagliaferro █████████████

To:     michael@mbachlaw.com; richrosenberg@msn.com

Date:  Friday, June 25, 2021, 05:22 PM EDT


---------- Forwarded message ----------
From: **Jimmy Spoto** ████████████
Date: Fri, Jun 25, 2021 at 5:20 PM
Subject:
To: Salvatore Tagliaferro ████████████


Honorable judge Paul Crotty
I would like to introduce myself.My name is james Spoto I am a union carpenter of 24 years.I have known Sal since he has been the president of local 926.I am writing on his behalf.Sal will be appearing before you soon for his sentence hearing.I have seen Sal demonstrate great leadership as a union man and as a president of the local representing workers fairly and just in situations where it was needed.I have only known Sal to express his love for his job family and to enforce the collective bargaining of his union brothers and sisters and never once have I witness any malice or ill will towards the people he defend and the people he was defending against.

    In closing Sal will stand before you soon I only hope that you see a great family man, a great friend, and a great leader of his position and that is what makes Sal the man he is.His character.
Thank you for taking the time to read this, and thank you in advance for any consideration Sal will get in this life changing decision.
James Spoto

**Exhibit E at 15**

Jessica Pinto


Date: May 18, 2021

Honorable Justice Paul Crotty,

Thank you for taking the time to read this letter. My name is Jessica Pinto and I am a lifelong Staten Islander. I have been a teacher of students with special needs for the NYC Department of Education on Staten Island for the past 15 years. I am writing this letter on behalf of a dear, very long-term friend, Sal Tagliaferro.

I have known Sal as a personal friend for about 20 years. He is by far one of the most honorable, human beings I know. He has personally been a great source of strength for me as I went through some very dark moments in my life when my husband struggled with severe addiction that cripples Staten Island. In my opinion, Sal is the sole reason my husband is still alive. He stepped in as a father/older brother to my husband and led him out of darkness and did everything in his power to help him beat his severe illness. Sal is not the kind of person that talks about what people should do to help others, he does the work needed to be done himself. Sal was the person I could count on when my husband was away at rehabilitation centers around the New York area and needed someone to bring him personal items, as I could not drive there, would bring him there or take him home. I never even had to ask; Sal was there always to see what he could do. He has had countless meaningful talks with him and would not stop until his mission was accomplished, and he followed through on always doing what was right for all.

He is beyond an asset to our community as I know no other that devotes his life to helping others, putting all before himself. His only devotion that supersedes helping his fellow neighbors and friends is his love and devotion to his wife and children, who are the light of his life, and he is theirs. He is a family man and the friend and neighbor anyone is only too lucky to have if blessed with Sal in their life. This is an absolute unjust finding in our justice system for a man as hardworking , honorable and ethical as Sal to even be found guilty. There is nothing more wrong in this life than having an innocent man to be blamed for something he would never do.

During the devastating Covid-19 pandemic, I was one of the first Islanders to test positive and through quarantine of five weeks there was not a day that passed that Sal did not make sure me, and my husband had food on our doorstep, so we could survive. During this time there were no food programs to make sure we had food and people were scared to even go to a supermarket, but Sal put himself in harms way to make sure we were provided for in our time of greatest need.

I have come across many good people in my life who do good for others as a veteran NYC Department of Education Teacher on Staten Island for over 15 years, and Sal has, by far, been at the top of the list in terms of his humanity and what he does for others. It would be an absolute loss to our great Island and city for Sal to even miss one day in our community doing the only thing he knows, helping others.

I know that this is a great tragedy that Sal even has to endure this horror in his life as there is no one who possesses greater character than him. He has always been one of the most hardworking, honest and selfless human beings. I plead with you to not let even one day pass without Sal being able to do what he does best, being here to be the wonderful neighbor and friend he is to all as I know he will continue to for the future of his life.

In closing, I ask for you to please from the bottom of my heart to take into consideration the great asset Sal Tagliaferro is to our community. Our community will only benefit from having Sal continue to do the good he does, as we need more individuals like him in this world, especially in our community.

Sincerely,

Jessica Pinto
NYC Department of Education Teacher

Honorable Judge Paul Crotty

500 Pearl St. N.Y.,N.Y,

Southern District of New York

Greetings, My name is John Chadwick. I am retired sergeant from MTA Bridge and Tunnels.Thank you for reading my letter concerning Salvatore Tagliaferro.

I have been friends with Salvatore more than 40 years. He has become family to myself and my children.

He is the hardest working, most considerate and brutally honest person I know. He is passionate about helping people of all creeds do and do better for

1

**Exhibit E at 18**

themselves and their families. He is the person to not only give a man a fish to eat today, but also teach a man to fish so he could eat forever.

He also does countless charitable deeds done with candor and unannounced just for the satisfaction of helping someone up. When I asked as to why he does so much for people he hardly knows and could not possibly benifit him if needed. His answer was constant, if I can why wouldn't I. then that person could be self sufficient and so follows society. WOW was all I could say.

Most of his good was done at his own expense/peril but he knew that and did it selflessly. What he didn't realize was that doing the right thing also put his family and

2

their normal lives in jeopardy.

He is much more than a father, husband or friend. He is raising his three sons to be normal productive members of society, with good morals, conciences and work ethics. His youngest son Christopher depends on him tremendously for not only guidance as he navigates not only college but life as well. They are each others best friends in the world. He is also one of the best husbands I have ever seen, always putting his wife and her needs first.

As a friend a "BEST FRIEND" I can attest to him being just that - the Best. I have over 27yrs. in law enforcement with all the training, awards etc. He is the one I turn to when i need to know the right thing to do.

**Exhibit E at 20**

When my life was falling apart he not only gave me a place to live along with the love, respect and moral support. But what he did was so much more then that, Salvatore kept me alive when I was not sure if I wanted to be.

If he was to be incarcerated it would be a tremendous loss to not only those who are close to him, but to society as a whole.

In closing I would ask for your consideration as to whether Salvatore is truly guilty of these crimes and if so would his incarceration really benifit society or be *a tremendous* loss.

*Respectfully,*

John Chadwick

## Fwd: To the Honorable Judge Paul Crotty

From:   Salvatore Tagliaferro ▮▮▮▮▮▮▮▮▮▮

To:     michael@mbachlaw.com; richrosenberg@msn.com

Date:   Wednesday, May 19, 2021, 10:30 PM EDT

---------- Forwarded message ----------
From: **John Chattin** ▮▮▮▮▮▮▮▮
Date: Wed, May 19, 2021 at 9:51 AM
Subject: To the Honorable Judge Paul Crotty
To: ▮▮▮▮▮▮▮▮▮▮▮

To the Honorable Paul Crotty.
    Your Honor,
  My name is John Joseph Chattin. I am writing to your honor to try and shed some light on a dear and close personal friend Salvatore Tagliaferro. As I want to thank you for taking the time to read this letter, Salvatore has been a friend of mine and my family for over 20 years. He has not only been a mentor to me but also a father figure.
    When I first was informed that Salvatore was arrested for these crimes I was not only shocked but confused. I worked side by side with Sal for all these years and never once has he ever asked me for money or any other union member. He put me into the union 20 years ago.
    I can honestly say that Salvatore literally saved my life. By the grace of God he has been my in my life and I feel truly blessed to be in his. He has taught me how to be a better man,father,and husband. Along with directing me on how to be the best worker I could be. His dedication and integrity is second to none. It would be very tragic to all of us being his friends and family if he was to be put in prison for a long duration of time.
    I am asking your Honor to please be leaniate when Salvatore comes before you on July27,2021. For he is undoubtedly innocent and I believe wrongfully convicted. Your Honor has the power through the court to do this. Again thank you for your time and God Bless.

       Respectfully
    John J Chattin

May 18, 2021

The Honorable Justice Paul Crotty
U.S. District Court
Southern District of New York
New York, New York 10007

Honorable Justice Paul Crotty,

I am writing you this letter in regards to Salvatore Tagliaferro, who is to appear before you for sentencing on July 27, 2021. I am respectfully requesting that you show mercy and leniency when you make this decision for the following reasons.

For over a decade Salvatore Tagliaferro has been much more then a friend to my family and me. During this time, we helped each other mentor our children while they were growing into men. While our sons were members of the Boy Scouts, Salvatore donated time and money to B.S.A. Troop 37. One such donation helped us attend Arlington National Cemetery for a wreath laying ceremony at the tomb of the Unknown Soldier. He helped my three sons obtain the Rank of Eagle Scout by assisting them in completing their Community projects. Towards that end, Salvatore had reached out to carpenters who volunteered their time to do extensive repair work at the Tibetan Museum on Staten Island. He also helped Boy Scouts from different Troops including my sons complete their many merit badges that are required to become an Eagle Scout. For Salvatore, this was an easy task because he is an expert in all of the trades such as Carpentry, Plumbing, and Electricity. Using his skills and knowledge to teach others, he has helped build future generations of leaders from the ranks of the Boy Scouts.

Salvatore Tagliaferro is a patriot, who served his country honorably in the U.S. Navy. Over the years, Salvatore has volunteered his time, money and labor in the community, too many times to mention in this letter. Salvatore is a Christian, who is a Godfather to my sons. We attend church every Sunday at our local parish. Salvatore has made a positive impact by helping those in need without ever receiving anything in return.

For these reasons, I again ask you to please show mercy in your sentencing of Salvatore Tagliaferro. It would be a great loss to his family, the community and our family. Thank you for taking the time to read this letter.

Sincerely,
John Mendez
John Mendez
FDNY Captain (retired)

**Exhibit E at 23**

May 23, 2021

The Honorable Justice Paul Crotty
U.S. District Court
Southern District of New York
New York, New York 10007

Honorable Justice Paul Crotty,

I am writing you this letter in regards to Salvatore Tagliaferro, who is to appear before you for sentencing on July 27, 2021. I am respectfully requesting that you show mercy and leniency when you make this decision for the following reasons.

Mr. Salvatore Tagliaferro was a mentor to my two brothers (Anthony, Michael) and me when I was on my path to Eagle Scout. Mr. Tagliaferro freely gave his time and money to Troop 37 in Staten Island. This not only helped my Brothers and me, but many other Boy Scouts in Troop 37. For example, his monetary donation to Troop 37 helped us attend Arlington National Cemetery for a wreath laying ceremony at the tomb of the Unknown Soldier. Another way he helped me obtain the Rank of Eagle Scout was by assisting me in completing my Community project. Mr. Tagliaferro also reached out to carpenters who volunteered their time to do extensive repair work at the Tibetan Museum on Staten Island. He also helped Boy Scouts from different Troops including me complete the many merit badges that are needed to become an Eagle Scout. Because Mr. Tagliaferro is knowledgeable in the building trades such as Carpentry, Plumbing, and Electricity, he was able to use his skills and knowledge to teach the Boy Scouts and me. This is important because these life long skills, which I learned, could lead to a career in one of those fields.

Mr. Salvatore Tagliaferro is a patriot, who served his country honorably in the U.S. Navy. Over the years, Salvatore has volunteered his time, money and labor in the community, too many times to mention in this letter. Mr. Tagliaferro is a Christian, who is my Godfather. We attend church every Sunday at our local parish. Mr. Tagliaferro has made a positive impact by helping those in need without ever receiving anything in return.

For these reasons, I again ask you to please show mercy in your sentencing of Salvatore Tagliaferro. It would be a great loss to his family, the community and our family. Thank you for taking the time to read this letter.

Sincerely,

John Mendez

John Mendez Jr.
New York State Emergency Medical Technician
Eagle Scout Class of 2017

**Exhibit E at 24**

## Fwd: Salvatore Tagliaferro

From:   Salvatore Tagliaferro █████████████

To:     michael@mbachlaw.com; richrosenberg@msn.com

Date:   Monday, May 17, 2021, 09:14 AM EDT

---------- Forwarded message ----------
From: **Salvatore Tagliaferro** ████████████
Date: Mon, May 17, 2021 at 7:22 AM
Subject: Re: Salvatore Tagliaferro
To: Joseph Albanese ███████████████

Received, thank you.

Sent from Yahoo Mail for iPhone

On Monday, May 17, 2021, 6:51 AM, Joseph Albanese ███████████████ wrote:

To Honorable Justice.
My name is Joseph Albanese. I am a member of the the Carpenters union for over 48yrs. I have known Salvatore for many of those years. There were some times Salvatore worked with me in the field as a carpenter and then there were the years I worked with Salvatore as a member of Carpenter local executive board. I always remember how hard Salvatore worked. He worked hard not for his benefit but for the benefit of the carpenters he represented. I always noticed his honesty and integrity. Please take into consideration these words when you think to sentence Salvatore. Thank you Joseph Albanese. Sent from my iPhone

**Exhibit E at 25**            1/1

Joseph Bridges

███████████

May 22, 2021

To: The Honorable Judge Paul Crotty

I have known Salvatore Tagliaferro as a good friend for over 20 years. I was surprised to hear about his recent trouble as he has always been a solid person. It is for this reason I am writing this letter of reference for Mr. Tagliaferro .I understand the seriousness of this matter, hope the court will show some leniency.

Sal has always been an upright man with me, we worked for the same company, he was my project manager, always willing to show and help the guys out, and I learned a lot about trade show business from him. He would always tell me take some time to you're self and spend with you're family, he always was a person of family values.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Mr. Tagliaferro to be an honorable individual and a good human being

Joseph Bridges

Honorable Judge Paul Crotty
U.S. District Court
Southern District of New York
New York , New York 10007
    Your Honor ,

My name is Justin Nunez . I am requesting that you take a few minutes of your valuable time to read this letter I have written on behalf of Mr. Sal Tagliaferro who I have the honor of meeting almost 4 years ago . Since the first day I was introduced to him I must say I was totally impressed by the way he tried to mentor me as a young adult . He left a lasting impression on me as a father figure . I have since became a member of the New York City District Council of Carpenters local 212. Sal was the reason I got into this local. Sal took the time to teach me about carpentry he introduced me to my career and I'm proud to say I now am able to provide a good life for my daughter. When I learned of his indictment by the U.S. Southern District Court and I must say I was totally shocked . Sal has always helped anyone who was looking for work and explained many times how our Union is a Brotherhood and we should always be there for each other, that's one reason I really can't believe My Friend Sal could have ever done what he is charged with. Mr. Tagliaferro is a total family man who puts his family first and foremost . His wife and children will be totally devastated if he is incarcerated for any extent of time . I am requesting that you take this into consideration at his sentencing and that you are lenient with him and offer him no incarceration . I thank you for taking the time to read this and I'm hoping that you will take what I have said into consideration at his sentencing.

    Sincerely,
    Justin Nunez

Kenneth Bluhm



May 19, 2021

The Honorable Paul A. Crotty
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Crotty:

I am a retired business agent from the New York City District Council of Carpenters. I am writing you on behalf of Salvatore Tagliaferro who will soon appear before you for sentencing.

I have known Sal for approximately ten years. In that time, I have known him to be tirelessly devoted to his family as well as to the union members he represented. He would often say he had two families that he loved and cared for. Based on my interactions with Sal, it was hard for me to believe he was guilty of the charges against him, and I was truly shocked and saddened by his conviction.

Be that as it may, any incarceration of Sal would be a financial and emotional hardship for his family - especially for his autistic son, Christopher. I respectfully ask your honor to use your utmost discretion and mercy in granting Sal leniency.

Sincerely,

Kenneth Bluhm

## Fwd: Sal Tagliaferro

From: Salvatore Tagliaferro ███████████

To: michael@mbachlaw.com; richrosenberg@msn.com

Date: Tuesday, May 18, 2021, 10:48 AM EDT

This Lady is currently a Candidate for Borough President of Staten Island
---------- Forwarded message ---------
From: **Leticia Remauro** ██████████
Date: Tue, May 18, 2021 at 9:55 AM
Subject: Re: Sal Tagliaferro
To: Salvatore Tagliaferro ███████████

Leticia Remauro

████████████
████████████

May 18, 2021

To whom it may concern,

I write this letter to attest to the good character of Sal Tagliaferro. In the years since I met Sal, I have known him to be an upstanding, civic minded individual who has gladly participated in programs to better his community as well as those who entrusted him with their care.

In my dealings with him, Mr. Tagliaferro handled his leadership role with dignity and fairness. His first concern was the welfare of the men and women of his union. That concern was unwavering.

In a world where many people are focused inwardly, Mr. Tagliaferro has consistently shown dedication to others. Any action by him to the contrary would be an anomaly of his character which I hope you will take into consideration when determining his future.

Sincerely,

Leticia Remauro

On Fri, May 14, 2021 at 6:35 PM Salvatore Tagliaferro ███████████████ wrote:
Hey Letica , I'm sorry to inform you that I was found guilty at trial. I assure you that it was an just finding for I maintain my innocence and I am filling an appeal. However I write to you today to request a character letter about myself. If you could do me this favor I would greatly appreciate it. As I have always considered You a Friend. I will attach one I received from a friend just to give you reference. My family and I are completely devastated to say the least.

**Exhibit E at 29**

The Honorable Justice Paul Crotty
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY. 10007

Dear Honorable Justice Paul Crotty,

My name is Mary Lou Coriasco. I am a retired Paramedic. I would like to thank you for taking the time to read my letter.

I am contacting you on behalf of my friend, Salvatore Tagliaferro. He was found guilty on April 28, 2021 and will be appearing before you for sentencing on July 27, 2021.

I was in court every day of the trial, to support him and his family. I have known them for the past 10 plus years. Sal is a great person from my journey with him as he is always trying to help people out.

I first met Sal and his wife, at the Boy Scouts where he brought his 2 sons and my husband and I brought our 3 sons. Our relationship blossomed from there. We went on many camping trips together, as well as more intimate gatherings as going to Church together and having Sunday dinners at eachothers homes.

I have also experienced him with his work ethics. On a personal situation, he has done a lot of work on my home and my neighbors and did not over charge us as again, he was trying to help us out. Sal also has been able to help a few people I know to get into the union and there was never a time he took money from them.

I was in court each day and I was disappointed that there was no one on the stand to speak up on Sal's behalf. My husband was suppose to take the stand on Friday, April 23rd. On Thursday night, April 22nd, 2 men came to our house to ask questions about Sal. I saw these men every day in court so I knew who they were when they came to my home. I found it to be tampering with a witness, who was my husband. I found this very *disappointing and somewhat scary*.

Another positive thing Sal did in the union was a Scholarship Fund he started in the name of Maria Concillo, who was Sal's previous secretary. She died and he started a Scholarship fund in her name. The fund was for any eligible children of union members, to help with college tuition. I was quite surprised when he was found guilty. In all the time that I have known Sal, he has always been a law abiding hard working family man. He has always been a good friend to his neighbors and friends and has never hesitated to use his expertise in construction to assist someone in need.

If Sal was to be incarcerated , it would have a devastating effect on his family and those of us who have come to know and love him  Any consideration that you could afford him would be greatly appreciated.

Sincerely ,

Marylou Coriasco



June 1, 2021

To the Honorable Justice Judge Paul Crotty,

We appreciate your time in reading this letter regarding Salvatore Tagliaferro. My name is Melina Maritato and together with my partner Gregory Roccaro we own Four Corners Veterinary Practice. We have employed Bernadette Tagliaferro, his wife for the last fifteen years and have come to care deeply for her and her family. We are a very small practice which has allowed us to get to really know our employees and their families. In spending time with Sal, it is obvious he adores his wife and two sons. Together, with his wife they have given a home to many rescued animals. He is a hard worker and is proud of the charitable work the union does. He has donated his time and skills to our Veterinary practice whenever we needed carpentry projects to be done. We are deeply saddened by his conviction and concerned about the impact of potential incarceration on him and his family. Any consideration you can afford him would be greatly appreciated. Thank you.

Sincerely,

Melina Maritato, DVM     Gregory Roccaro, DVM

1564 Richmond Road  •  Staten Island, NY 10304  •  PHONE 718 979-9400  •  FAX 718 979-2525

**Exhibit E at 31**

Honorable Judge Paul Crotty

U.S District Court

Southern District of New York

New York, New York 10007


I would like to introduce myself. My name is Melissa Popowich and I am Director of Operations for ProHealth Care I have lived and worked in New York my whole life and I am a mother of 2

I am writing on behalf of my friend of almost 5 years, Salvatore Tagliaferro who will be appearing in front of you for a pending sentencing hearing next month. I am afraid to think of what could be next for Salvatore, his family and his friends. I cannot imagine what Sal is going through as I am sick thinking of him being sentenced to any kind of incarceration time. I am sick to think of his beautiful wife and 3 sons living without their patriarch.

I was shocked to hear that Sal was arrested and then found guilty of any crime. He has never displayed anything but love for the Carpenters Union, love for his family and friends and an unwavering dedication to these things in his life. I cannot even imagine what this is doing to Sal and his beautiful wife and 3 sons, because I know what it has done to me as his friend. He is always willing to help and goes out of his way for everyone he meets.

Sal will stand in front of you soon and I only ask that on the day of sentencing you afford him every bit of leniency that you can. He is a very good man and he has family and friends who love him, need him and respect him. Thank you for taking the time to read my letter and for anything you can do for Sal.


Melissa Popowich

May 23, 2021

The Honorable Justice Paul Crotty
U.S. District Court
Southern District of New York
New York, New York 10007

Honorable Justice Paul Crotty,

I am writing you this letter in regards to Salvatore Tagliaferro, who is to appear before you for sentencing on July 27, 2021. I am respectfully requesting that you show mercy and leniency when you make this decision for the following reasons.

Mr. Salvatore Tagliaferro was a mentor to my two brothers (Anthony, Johnny) and me when I was on my path to Eagle Scout. Mr. Tagliaferro freely gave his time and money to Troop 37 in Staten Island. This not only helped my Brothers and me, but many other Boy Scouts in Troop 37. For example, his monetary donation to Troop 37 helped us attend Arlington National Cemetery for a wreath laying ceremony at the tomb of the Unknown Soldier. Another way he helped me obtain the Rank of Eagle Scout was by assisting me in completing my Community project. Mr. Tagliaferro also reached out to carpenters who volunteered their time to do extensive repair work at the Tibetan Museum on Staten Island. He also helped Boy Scouts from different Troops including me complete the many merit badges that are needed to become an Eagle Scout. Because Mr. Tagliaferro is knowledgeable in the building trades such as Carpentry, Plumbing, and Electricity, he was able to use his skills and knowledge to teach the Boy Scouts and me. This is important because these life long skills, which I learned, could lead to a career in one of those fields.

Mr. Salvatore Tagliaferro is a patriot, who served his country honorably in the U.S. Navy. Over the years, Salvatore has volunteered his time, money and labor in the community, too many times to mention in this letter. Mr. Tagliaferro is a Christian, who is my Godfather. We attend church every Sunday at our local parish. Mr. Tagliaferro has made a positive impact by helping those in need without ever receiving anything in return.

For these reasons, I again ask you to please show mercy in your sentencing of Salvatore Tagliaferro. It would be a great loss to his family, the community and our family. Thank you for taking the time to read this letter.

Sincerely,

michael menda,
Michael Mendez
New York State Emergency Medical Technician

**Exhibit E at 33**

## Fwd: Re Character Letter

From:  Salvatore Tagliaferro ███████████████████

To:     michael@mbachlaw.com; richrosenberg@msn.com

Date:  Sunday, May 16, 2021, 09:52 AM EDT

---------- Forwarded message ----------
From: **Nadine Kirby** ███████████████████
Date: Sun, May 16, 2021 at 9:48 AM
Subject: Re Character Letter
To: ███████████████████

Honorable Judge Paul Crotty
U.S District Court
Southern District of New York
New York, New York  10007

Dear Sir
I am writing this letter on behalf of Salvatore Tagliaferro, to talk to you about a person who I have known my entire life.
As his cousin I can tell you that Sal has always been a kind, compassionate , charitable and giving person since he was
a kid . As a young teen getting  a job so he could  help his mom and siblings who were struggling to make ends meet.
 He is a Husband , a father, a cousin and a good friend to many. He has done so much for people in his community in
the most charitable way for example various building projects. Two in particular that stand out ; one for the boy scouts
when he volunteered after hurricane Sandy that  destroyed so much. And the second  the highrock challenge where he
has volunteered every year with some of the guys building the obstacle course for this 10 mile race. This race is  in
memory of NYPD Officer John Kelly and proceeds benefit the Greenbelt conservancy - a nonprofit organization that
provides trail maintenance  and environmental education programs in the Green belt.

In closing,  If I may respectfully ask for leniency on his behalf because he is genuinely a good person. He would help
just about anyone in need and has proven it through various charitable events and causes.
I thank you for your time and consideration
Best Regards
Nadine Kirby

**Exhibit E at 34**

Nancy Olsen

██████████████

██████████████████████

██████████

██████████████████████

May 16, 2021

Honorable Paul A. Crotty, District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Sentencing of Salvator Tagliaferro, Case #19-CR-472

Dear Honorable Paul A. Crotty,

I am writing to you on behalf of Salvatore Tagliaferro who was recently found guilty and will be appearing before you for sentencing. I have known Sal Tagliaferro for 5 years at varying levels of union life and have always known him to be a person of good and ethical character. While a teacher at The NYC District Council Labor Tech College Sal always taught and exemplified this character to the apprentices. When I attended my Local 926 union meetings he often spoke of and exemplified the same good and ethical character as he did in many other similar situations. Sal never hesitated to let us know he expected the same from us all which is why I find this verdict very hard to comprehend.

In the time that I have known Sal, he has always been a law abiding, hard working family man who had the union and her members best interest in his focus at all times. When it came to his family, you knew he was a dedicated husband and father, especially to his special needs son. Sal was always a good friend to those he knew and Sal was always involved in his community. Sal was always a man proactive in making the community a better place for all who live there. It is for these reasons that I am humbly asking for leniency in Sals sentencing.

Respectfully submitted,

*Nancy Olsen*

Nancy Olsen

Honorable Paul A Crotty

500 Pearl Steet

N.Y. N.Y 10007

I appreciate the time you are taking to read this letter. Let me tell you the story of a great man by the name of Salvatore Tagliaferro, I met Salvatore some 27 years ago and not only is he my brother in law but also my great friend although I consider him more my brother then just a friend. He is a true humanitarian who always puts others first rather then himself. Salvatore never hesitates to help anyone in need whether it be a family member, friend or stranger. I have never known a more selfless and hard working man .He has always been there for myself and my family in our times of need. He is a hard working and caring husband and father to his boys who always look to their dad for guidance and support of which he never fails to show them. I believe it would be a great injustice to remove him from society and deprive all of us who love him dearly especially his children the opportunity to continue to enjoy his company and love that he shows us all.

Sincerely

Paul Lio

May 23, 2021

The Honorable Justice Paul Crotty
U.S. District Court
Southern District of New York
New York, New York 10007

Honorable Justice Paul Crotty,

I am writing you this letter in regards to Salvatore Tagliaferro, who is to appear before you for sentencing on July 27, 2021. I am respectfully requesting that you show leniency and mercy when you make this decision for the following reasons.

Salvatore Tagliaferro has been a good friend to my brother (John Mendez) and our family for over 10 years. I have seen Salvatore work with, and help my brother with the Boy Scouts. I watched his children, and my nephews grown into strong, independent young men. He instilled in them a good work ethic and a sense of helping their community.

Over the years, I have usually shared many Sunday dinners with Salvatore and his family at my brother John's house. We have joined in activites in our local parish church. I have seen Savatore give much of his time and energy to help out the church and our neighbors. Salvatore volunteers his time and help to others without hestitation. I know that if my family and I needed help, Salvatore would be there for us. I know that Salvatore also served honorably in the Navy. I believe that he has made a postive impact on all those around him.

Having taught many years in the New York's school system, one of things that you hope your students achieve in life is to be a good citizen, and help out in your community. Savatore is one who has shown our family and friends many times of his commitment to his family and commuity.

I ask you to please show mercy in your sentencing of Salvatore Tagliaferro. It would be a great loss to his family, our family, and the community.

Sincerely,

Paulette Mendez Ortado
Paulette Mendez Ortado

Honorable Judge Paul Crotty
U.S.District Court
Southern District of New York
New York, New York 10007


Your Honor.
 I am a retired Philadelphia union carpenter / reginal manager and business owner . As well as a family man.
I was introduced to Mr. Salvatore Tagliaferro about 25 years ago through some mutual business associates. Sal has worked with me very often to the point where a friendship grew.
Sal was always a diligent worker and his integrity as a carpenter/ leader / foreman was never a question. He was dependable and always gave his up most respect to his union and his union brothers . As well as his Friendship !  Sal would often talk of his love of family and the sacrifice's they as a family made for the good of others.
I cannot believe these allegation's to be true for the simple fact of having the privilege to work and become a friend of Mr. Salvatore Tagliaferro .
In closing you Honor. I can assure you Mr. Salvatore Tagliaferro my friend will stand before you with humility , dignity and respect. I would like to ask you for any  compassion and leniency for this family man.

 Thank You , Honorable Judge Paul Crotty for taking time in I am sure a busy schedule to read my letter .

                                        Respectfully
                                        Mr. Pellegrino Agnes

**Exhibit E at 38**

May 20, 2021

The Honorable Justice Paul Crotty
U.S. District Court
Southern District of New York
New York, New York 10007

Honorable Justice Paul Crotty,

I am writing you this letter in regards to Salvatore Tagliaferro, who is to appear before you for sentencing on July 27, 2021. I am respectfully requesting that you show mercy and leniency when you make this decision for the following reasons.

Over the years, Salvatore has been an outstanding member of the community. Through his charitably efforts in helping those who need assistance, whether it be donating money, time or labor. He has always made a positive difference in someone's life.

Salvatore is a Navy veteran who served his country with honor. He is a Christian and a church going man of his community who would give the shirt off his back if necessary. Please give him a second chance to redeem himself. He is worthy of this. Thank you for taking the time to read this letter.

Sincerely,

Randolph Guckenbiehl

Randolph Guckenbiehl

Honorable Judge Paul Crotty

U.S District Court

Southern District of New York

New York, New York 10007

I would like to introduce myself.  My name is Salvatore Cafisi and I am a retired carpenter from the New York City District Council of Carpenters, local union 926, Brooklyn, New York.  I have lived and worked in New York my whole life. I am a father of 2 and up until 2018 I was a working carpenter and recording secretary for Brooklyn Local 926.

I am writing on behalf of my long-time friend of almost 10 years, Salvatore Tagliaferro who will be appearing in front of you for a pending sentencing hearing in the coming months.  What comes next for Sal will absolutely define his future, and his family's future and well-being.  It bothers me to even think about what a harsh sentence of possibly incarceration would do to him and his family.

I have known Sal almost 10 years both working together and on a personal level.  I was shocked to hear that Sal was arrested and then found guilty of any crime.  He has never displayed anything but love for the Carpenters Union, love for his family and friends and an unwavering dedication to all of these things in his life.  I cannot even imagine what this is doing to Sal and his beautiful wife and 3 children, because I know what it has done to me as his friend.

Sal will stand in front of you soon and I only ask that on the day of sentencing you afford him every bit of leniency that you can.  He is a very good man and he has family and friends who love him, need him and respect him.  Thank you for taking the time to read my letter and for anything you can do for Sal.


Salvatore Cafisi

May 12, 2021

Honorable Judge Paul Crotty

· U.S District Court

Southern District of New York

New York, New York 10007

If I may have a minute of your valuable time, I would like to introduce myself. My name is Salvatore J. Dinolfo Sr. I am a retired carpenter with the Chicago Regional Council of Carpenters. I have lived in the Chicago area my entire life. Now 68 years old, married, a father of four and Grandpa to eight wonderful Grandchildren.

I'm writing on behalf of my longtime friend, Salvatore Tagliaferro who will be appearing before you soon for his pending sentencing hearing. What comes next for Sal will undoubtedly define his future and it troubles me to even think about the devastation to Sal and his beautiful family should the sentence be harsh enough to include incarceration.

After many years ( almost 20 now ) of friendship with Sal, both working together on occasion and on a personal level, I can tell you that I was shocked to learn of his arrest, and even further shocked to learn that he was convicted at trial. I can state without hesitation that Sal has NEVER displayed anything other than a love for his family, respect for his friends and an honest and dedicated approach to his job. He is a man of faith and has always demonstrated a willingness to help others, no matter the situation. That is why this entire episode is just so hard to fully comprehend for me personally, I cannot imagine what the process has done to Sal.

In closing I would offer that Sal will stand before you soon with humility, dignity, and with his future in your capable hands. He is a good man with a family and friends who know him, love him and need him. I only ask that you afford him every bit of leniency that you can.

Thank you for taking the time to read my letter, and thank you in advance for any and all consideration you can give Sal in this matter, it will be humbly appreciated.

Salvatore J. Dinolfo Sr.

**Exhibit E at 41**

Sal Puleio

████████████████

████████████

████████

June 20, 2021

To Whom It May Concern:

My name is Sal Puleio and I am the Director of Operations at Renaissance Management. I am writing on behalf of Salvatore Tagliaferro. Salvatore worked for me at Renaissance Management for approximately 20 years. He has always been a responsible employee and has treated his and our clients with the utmost respect. He is a hard-working and dedicated individual who always put the client needs above all else. I have had nothing but positive experiences with him over the 20 years of knowing him.

I want to offer my appreciation for Salvatore's character and request leniency in the sentencing against him. Thank you very much for your consideration in this matter.

Sincerely,

Sal Puleio
Director of Operations
Renaissance Management

May 20, 2021

The Honorable Justice Paul Crotty
U.S. District Court
Southern District of New York
New York, New York 10007

Honorable Justice Paul Crotty,

I am writing you this letter in regards to Salvatore Tagliaferro, who is to appear before you for sentencing on July 27, 2021. He is a hard workingman who always took great care of his family and would do anything to help out his neighbors. Salvatore did a lot a work renovating my home and was always there for me if I needed anything done around the house. Being alone and 90 years old, this was always great comfort to me knowing that I had someone who I could depend on when something went wrong.

Please show mercy and leniency when sentencing Salvatore Tagliaferro. It would be of great loss to the community if Salvatore was sentenced harshly. Thank you for taking the time to read this letter.

Sincerely,

Susan Foray

Susan Foray

May 26, 2021

Dear Honorable Justice Paul Crotty,

My name is Thomas Loria and I am a Staten Island business owner for the past 13 years.

I have known Salvatore Tagliaferro for the past 2 years and was surprised to learn of his guilty conviction. In the time that I have known Sal I found him to be an honest, reliable family man and I have become quite fond of him.

I know that any consideration that you can give Sal upon sentencing, would be of great appreciation to him and his family, who rely upon him greatly.

Sincerely,

Thomas Loria

Your Honor,                                    6/30/21

          My name is Vincent Scura,
I am a city manager of an IND Company with,
the Jacob Javitz center for over 38 years.
I am married 36 years, have two adult
children and two beautiful granddaughters.
Since I have been a carpenter and city
manager, I have known Salvatore Tagliaferro,
for over 30 something years. Sals,
character speaks for him, Honest, hard working
always looking out to help others, a dedicated
husband, father, friend. I am writing this
on behalf of my friend, Sal, who will be
appearing before you soon for his pending
sentencing hearing, Please keep in mind,
Sal, has Never displayed anything
other than love for family, respect for friends,
honest, dedicated always willing to help
others. I ask that you please afford him
every bit of leniency that you can.

Thank you,
Vincent Scura



May 27 2021

Dear Honorable Judge Paul A Crotty,

My name is Will DiFede, I work for DSNY. Id like to thank you in advance
for reading my letter. I am reaching out to you for Salvatore Tagliaferro who
will soon be sentenced by you. Ive known Sal for years now and have
always known him to be a big hearted family man who doesn't hesitate to
do for others. He has helped me fix up my house and helped with the fence
in my yard. I know if Sal is incarcerated it will crush his sons and loved
ones life forever. Any consideration that you could afford him would be
greatly appreciated.


Sincerely Yours,

Will DiFede

Zack Granite



May 10 2021

Dear Honorable Judge Paul A Crotty,

My name is Zack Granite, Im an outfielder in the Chicago Whitesox organization. Id like
to thank you for reading my letter. I am contacting you on behalf of Salvatore Tagliaferro
who was recently found guilty and will be appearing before you for sentencing. In the
time that Ive known Sal he has always been a hard working family man. He has been a
good friend and father and would use his construction skills to always help his loved ones
and friends of his loved ones. He has taught his son James many construction / home
owner skills that they have passed along to me to help improve my home. I know if Sal is
incarcerated it would break his sons and family and friends hearts. Any consideration that
you could afford him would be greatly appreciated.

Sincerely yours,

Zack Granite