

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 7, 2021

**By ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Salvatore Tagliaferro*, 19 Cr. 472 (PAC)

Dear Judge Crotty:

The Government writes briefly with respect to certain exhibits appended to its sentencing submission, which previously were submitted to the Court under seal.  (*See* ECF No. 183 at 17 n.11.)  Having conferred with counsel for the Union, the Government understands that (*i*) all exhibits appended to the Union's letter were intended to be filed with the Court, and (*ii*) all information contained in those exhibits is either publicly-filed information or, if necessary, has been redacted by counsel for the Union.

Accordingly, the Government has appended to this letter copies of the exhibits for filing on the public docket.[1]

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By:  _____/s/_____
Thomas A. McKay / Jarrod L. Schaeffer
Assistant United States Attorneys
Tel: (212) 637-2268 / 2270

cc:  Counsel of Record (via ECF)

---

[1] The Government informed counsel for the defendant on September 3, 2021, that it planned to publicly file the exhibits.