# Exhibit B

## Payroll - Employee Details

| Hours and Earnings | | | Deductions | | Taxes | | Employer | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Deduction | Amount | Tax | Amount | Net Pay | Liability | Amount |

**Employee: TAGLIAFERRO, SALVATORE**

**Check Date: 07/19/2017 / Direct Deposit / Checking / Account No: XXXXXX7665  $69.26 / Department: 10 - EXEC BOARD**

| STIPEN | 0.00 | 0.0000 | 75.00 | | | FED SOCSEC | 4.65 | 69.26 | FED SOCSEC-ER | |
| | | | | | | FED MEDCARE | 1.09 | | FED MEDCARE-ER | |
| | 0.00 | | 75.00 | | | | 5.74 | | FED FUTA | |
| | | | | | | | | | NY SUI-ER | |

**Check Date: 06/28/2017 / Direct Deposit / Checking / Account No: XXXXXX7665  $138.53 / Department: 10 - EXEC BOARD**

| STIPEN | 0.00 | 0.0000 | 150.00 | | | FED SOCSEC | 9.30 | 138.53 | FED SOCSEC-ER | |
| | | | | | | FED MEDCARE | 2.17 | | FED MEDCARE-ER | |
| | 0.00 | | 150.00 | | | | 11.47 | | FED FUTA | |
| | | | | | | | | | NY SUI-ER | |

**Check Date: 06/21/2017 / Direct Deposit / Checking / Account No: XXXXXX7665  $69.26 / Department: 10 - EXEC BOARD**

| STIPEN | 0.00 | 0.0000 | 75.00 | | | FED SOCSEC | 4.65 | 69.26 | FED SOCSEC-ER | |
| | | | | | | FED MEDCARE | 1.09 | | FED MEDCARE-ER | |
| | 0.00 | | 75.00 | | | | 5.74 | | FED FUTA | |
| | | | | | | | | | NY SUI-ER | |

**Check Date: 05/24/2017 / Direct Deposit / Checking / Account No: XXXXXX7665  $138.53 / Department: 10 - EXEC BOARD**

| STIPEN | 0.00 | 0.0000 | 150.00 | | | FED SOCSEC | 9.30 | 138.53 | FED SOCSEC-ER | |
| | | | | | | FED MEDCARE | 2.17 | | FED MEDCARE-ER | |
| | 0.00 | | 150.00 | | | | 11.47 | | FED FUTA | |
| | | | | | | | | | NY SUI-ER | |

**Check Date: 05/17/2017 / Direct Deposit / Checking / Account No: XXXXXX7665  $69.26 / Department: 10 - EXEC BOARD**

| STIPEN | 0.00 | 0.0000 | 75.00 | | | FED SOCSEC | 4.65 | 69.26 | FED SOCSEC-ER | |
| | | | | | | FED MEDCARE | 1.09 | | FED MEDCARE-ER | |
| | 0.00 | | 75.00 | | | | 5.74 | | FED FUTA | |
| | | | | | | | | | NY SUI-ER | |

Company: UNITED BROTHERHOOD CARPENTERS
Check dates from: 1/4/2017 - Payroll 1 to: 7/19/2017 - Payroll 1
Pay period from: 12/28/2016 to: 07/18/2017

1 of 4

Date Printed: 11/19/2020
21718345 - F

# Payroll - Employee Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | |

**Check Date: 04/26/2017 / Direct Deposit / Checking / Account No: XXXXXX7665    $273.92 / Department: 10 - EXEC BOARD**

| STIPEN | 0.00 | 0.0000 | 300.00 | FED SOCSEC | 18.60 | | | 273.92 | | FED SOCSEC-ER |
| | 0.00 | | 300.00 | FED MEDCARE | 4.35 | | | | | FED MEDCARE-ER |
| | | | | NY SIT | 1.27 | | | | | FED FUTA |
| | | | | NY3301 - New York City | 1.86 | | | | | NY SUI-ER |
| | | | | Resident LIT | 26.08 | | | | | |

**Check Date: 04/19/2017 / Direct Deposit / Checking / Account No: XXXXXX7665    $69.26 / Department: 10 - EXEC BOARD**

| STIPEN | 0.00 | 0.0000 | 75.00 | FED SOCSEC | 4.65 | | | 69.26 | | FED SOCSEC-ER |
| | 0.00 | | 75.00 | FED MEDCARE | 1.09 | | | | | FED MEDCARE-ER |
| | | | | | 5.74 | | | | | FED FUTA |
| | | | | | | | | | | NY SUI-ER |

**Check Date: 04/05/2017 / Direct Deposit / Checking / Account No: XXXXXX7665    $527.67 / Department: 10 - EXEC BOARD**

| STIPEN | 0.00 | 0.0000 | 600.00 | FED SOCSEC | 37.20 | | | 527.67 | | FED SOCSEC-ER |
| | 0.00 | | 600.00 | FED MEDCARE | 8.70 | | | | | FED MEDCARE-ER |
| | | | | NY SIT | 15.34 | | | | | FED FUTA |
| | | | | NY3301 - New York City | 11.09 | | | | | NY SUI-ER |
| | | | | Resident LIT | 72.33 | | | | | |

**Check Date: 04/05/2017 / Direct Deposit / Checking / Account No: XXXXXX5601    $1,438.51 / Department: 10 - EXEC BOARD**

| Regular | 32.00 | 60.1700 | 1,925.44 | FED FIT | 175.84 | | | 1,438.51 | | FED SOCSEC-ER |
| | 32.00 | | 1,925.44 | FED SOCSEC | 119.38 | | | | | FED MEDCARE-ER |
| | | | | FED MEDCARE | 27.92 | | | | | FED FUTA |
| | | | | NY SIT | 100.60 | | | | | NY SUI-ER |
| | | | | NY3301 - New York City | 63.19 | | | | | |

Company: UNITED BROTHERHOOD CARPENTERS
Check dates from: 1/4/2017 - Payroll 1 to: 7/19/2017 - Payroll 1
Pay period from: 12/28/2016 to: 07/18/2017

Date Printed: 11/19/2020
21718345 - F

# Payroll - Employee Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |

**Check Date: 03/29/2017 / Direct Deposit / Checking / Account No: XXXXXX7665  $273.92 / Department: 10 - EXEC BOARD**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.0000 | 0.00 | FED SOCSEC | 18.60 | | | 273.92 | FED SOCSEC-ER | |
| STIPEN | 0.00 | 0.0000 | 300.00 | FED MEDCARE | 4.35 | | | | FED MEDCARE-ER | |
| | | | | NY SIT | 1.27 | | | | FED FUTA | |
| | | 0.00 | 300.00 | NY3301 - New York City | 1.86 | | | | NY SUI-ER | |
| | | | | Resident LIT | 26.08 | | | | | |
| | | | | | 486.93 | | | | | |

**Check Date: 03/15/2017 / Direct Deposit / Checking / Account No: XXXXXX7665  $69.27 / Department: 10 - EXEC BOARD**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.0000 | 0.00 | FED SOCSEC | 4.65 | | | 69.27 | FED SOCSEC-ER | |
| STIPEN | 0.00 | 0.0000 | 75.00 | FED MEDCARE | 1.08 | | | | FED MEDCARE-ER | |
| | | | | | | | | | FED FUTA | |
| | | 0.00 | 75.00 | | 5.73 | | | | NY SUI-ER | |

**Check Date: 03/01/2017 / Direct Deposit / Checking / Account No: XXXXXX7665  $273.92 / Department: 10 - EXEC BOARD**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.0000 | 0.00 | FED SOCSEC | 18.60 | | | 273.92 | FED SOCSEC-ER | |
| STIPEN | 0.00 | 0.0000 | 300.00 | FED MEDCARE | 4.35 | | | | FED MEDCARE-ER | |
| | | | | NY SIT | 1.27 | | | | FED FUTA | |
| | | 0.00 | 300.00 | NY3301 - New York City | 1.86 | | | | NY SUI-ER | |
| | | | | Resident LIT | 26.08 | | | | | |

**Check Date: 02/15/2017 / Direct Deposit / Checking / Account No: XXXXXX7665  $69.26 / Department: 10 - EXEC BOARD**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.0000 | 0.00 | FED SOCSEC | 4.65 | | | 69.26 | FED SOCSEC-ER | |
| STIPEN | 0.00 | 0.0000 | 75.00 | FED MEDCARE | 1.09 | | | | FED MEDCARE-ER | |
| | | | | | | | | | FED FUTA | |
| | | 0.00 | 75.00 | | 5.74 | | | | NY SUI-ER | |

Company: UNITED BROTHERHOOD CARPENTERS
Check dates from: 1/4/2017 - Payroll 1 to: 7/19/2017 - Payroll 1
Pay period from: 12/28/2016 to: 07/18/2017

Date Printed: 11/19/2020
21718345 - F

# EMPLOYEE EARNINGS RECORD
(Requested Check Dates 01/01/17 - 12/31/20)

0020 1905-9905 United Brotherhood of Carpenters & Joiners of Americ

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **** 10 EXEC BOARD | | | | | | | |
| Tagliaferro, Salvatore | 280 | | | | | | |

1 Person(s)

from 2017- $ 44,5,144 every first/th ADP

# EMPLOYEE EARNINGS RECORD
(Requested Check Dates 01/01/17 - 12/31/20)

0020 1905-9905 United Brotherhood of Carpenters & Joiners of Americ

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30 | Hourly Stipend | 32.00 | | 1925.44 2550.00 | | 4475.44 | | 342.37 | 175.84 | 121.02 | 81.72 | | 3754.49 Activation |
| QTR 2 | | 32.00 | | 4475.44 | | 4475.44 | | S 277.48 NY M 64.89 | 175.84 NY | 121.02 | 81.72 | | 3754.49 |
| 07/19 | Hourly Stipend | | | | | | | | | | | | 69.26 Activation |
| 07/26 | Stipend | | | 75.00 | | 75.00 | | 5.74 | | | | | 69.26 |
| 08/09 | Stipend | | | 150.00 | | 150.00 | | 11.48 | | | | | 138.52 |
| 08/16 | Stipend | | | 150.00 | | 150.00 | | 11.47 | | | | | 138.53 |
| 08/23 | Stipend | | | 225.00 | | 225.00 | | 17.21 | | | | | 206.39 |
| 09/20 | Stipend | | | 150.00 | | 150.00 | | 11.48 | | | | | 138.52 |
| 09/27 | Stipend | | | 75.00 | | 75.00 | | 5.74 | | | | | 69.26 |
| QTR 3 | Stipend | | | 150.00 | | 150.00 | | 11.47 | | 0.23 | 1.17 | | 138.53 |
| | | | | 975.00 | | 975.00 | | S 60.45 NY M 14.14 | | 0.23 | 1.17 | | 899.01 |
| 10/18 | Stipend | | | 150.00 | | 150.00 | | 11.48 | | | | | 138.52 |
| 10/25 | Stipend | | | 150.00 | | 150.00 | | 11.47 | | | | | 138.53 |
| 11/15 | Stipend | | | 75.00 | | 75.00 | | 5.74 | | | | | 69.26 |
| 11/29 | Stipend | | | 150.00 | | 150.00 | | 11.47 | | | | | 138.53 |
| 12/20 | Stipend | | | 75.00 | | 75.00 | | 5.74 | | | | | 69.26 |
| 12/27 | Stipend | | | 225.00 | | 225.00 | | 17.21 | | | | | 206.39 |
| QTR 4 | | | | 825.00 | | 825.00 | | S 51.15 NY M 11.96 | | 0.23 | 1.17 | | 760.49 |
| YTD 2017 | | 32.00 | | 6275.44 | | 6275.44 | | S 389.08 NY M 90.99 | 175.84 NY | 121.48 | 84.06 | | 5413.99 |
| 01/17 | Stipend | | | 75.00 | | 75.00 | | 5.74 | | | | | 69.26 |
| 01/24 | Stipend | | | 150.00 | | 150.00 | | 11.47 | | | | | 138.53 |
| 02/21 | Stipend | | | 75.00 | | 75.00 | | 5.74 | | | | | 69.26 |
| 02/28 | Stipend | | | 400.00 | | 400.00 | | 30.60 | | 7.32 | 5.48 | | 356.60 |
| 03/07 | Stipend | | | 400.00 | | 400.00 | | 30.60 | | 7.32 | 5.48 | | 356.60 |
| 03/21 | Stipend | | | 75.00 | | 75.00 | | 5.74 | | | | | 69.26 |

Tagliaferro, Salvatore
Soc Sec#: xxx-xx-1060
[Redacted] [Redacted]
Staten Island, NY [Redacted]

| | | |
|---|---|---|
| ID | [Redacted] | Term Date: |
| Home Dept: | 280 | Pay Frequency: Weekly |
| Sex: | 10 Exec Board Male | Standard Hrs: |
| Birthdate: | [Redacted] 1970 | Rate 1 / Salary: 60.17/Hour |
| Hire Date: | 08/31/2010 | |
| Inactive Date: | | Last Raise Date: 05/11/2020 |
| Rehire Date: | | |

Withholding Method:
Earnings:

Federal: Single, 0
NY: Single, 0
NY New York City Income Tax:

Deductions:

# EMPLOYEE EARNINGS RECORD
(Requested Check Dates 01/01/17 - 12/31/20)

0020 1905-9905 United Brotherhood of Carpenters & Joiners of

| CHECK DATE | DESCR | HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS | | | | | | WITHHOLDINGS | | | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER |
| 03/28 | Stipend | | | 200.00 | | 200.00 | | 15.30 | | | 0.55 | | 184.15 |
| QTR 1 | | | | 1375.00 | | 1375.00 | | S 85.25 M 19.94 | | NY 14.64 | NYC 11.51 | | 1243.66 |
| 04/18 | Stipend | | | 75.00 | | 75.00 | | 5.74 | | | | | 69.26 |
| 04/25 | Stipend | | | 200.00 | | 200.00 | | 15.30 | | | 0.55 | | 184.15 |
| 05/02 | Stipend | | | 200.00 | | 200.00 | | 15.30 | | | 0.55 | | 184.15 |
| 05/16 | Stipend | | | 75.00 | | 75.00 | | 5.73 | | | | | 69.27 |
| 05/23 | Stipend | | | 200.00 | | 200.00 | | 15.30 | | | 0.55 | | 184.15 |
| 06/27 | Stipend | | | 400.00 | | 400.00 | | 30.60 | | 7.32 | 5.48 | | 356.60 |
| QTR 2 | | | | 1150.00 | | 1150.00 | | S 71.30 M 16.67 | | NY 7.32 | NYC 7.13 | | 1047.58 |
| 07/18 | Stipend | | | 75.00 | | 75.00 | | 5.74 | | | | | 69.26 |
| 07/25 | Stipend | | | 200.00 | | 200.00 | | 15.30 | | | 0.55 | | 184.15 |
| 08/15 | Stipend | | | 75.00 | | 75.00 | | 5.74 | | | | | 69.26 |
| 09/05 | Stipend | | | 200.00 | | 200.00 | | 15.30 | | | 0.55 | | 184.15 |
| 09/19 | Stipend | | | 75.00 | | 75.00 | | 5.74 | | | | | 69.26 |
| 09/26 | Stipend | | | 200.00 | | 200.00 | | 15.30 | | | 0.55 | | 184.15 |
| QTR 3 | | | | 825.00 | | 825.00 | | S 51.15 M 11.97 | | | NYC 1.65 | | 760.23 |
| 10/17 | Stipend | | | 75.00 | | 75.00 | | 5.73 | | | | | 69.27 |
| 10/24 | Stipend | | | 200.00 | | 200.00 | | 15.30 | | | 0.55 | | 184.15 |
| 11/21 | Stipend | | | 75.00 | | 75.00 | | 5.74 | | | | | 69.26 |
| 11/28 | Stipend | | | 200.00 | | 200.00 | | 15.30 | | | 0.55 | | 184.15 |
| 12/19 | Stipend | | | 75.00 | | 75.00 | | 5.74 | | | | | 69.26 |
| 12/26 | Stipend | | | 200.00 | | 200.00 | | 15.30 | | | 0.55 | | 184.15 |
| QTR 4 | | | | 825.00 | | 825.00 | | S 51.15 M 11.96 | | NY 21.96 | NYC 1.65 | | 760.24 |
| YTD 2018 | | | | 4175.00 | | 4175.00 | | S 258.85 M 60.54 | | NY 21.96 | NYC 21.94 | | 3811.71 |

Tagliaferro, Salvatore
Soc Sec#: xxx-xx-1060
[Redacted]
Staten Island, NY [Redacted]

# EMPLOYEE EARNINGS RECORD
(Requested Check Dates 01/01/17 - 12/31/20)

0020 1905-9905 United Brotherhood of Carpenters & Joiners of

| | | HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS | | | | | | WITHHOLDINGS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | | LOCAL TAX | OTHER | NET PAY |
| 01/16 | Stipend | | | 75.00 | | 75.00 | | 5.74 | | | | | | 69.26 |
| 01/23 | Stipend | | | 200.00 | | 200.00 | | 15.30 | | | | 0.55 | | 184.15 |
| 02/13 | Stipend | | | 75.00 | | 75.00 | | 5.74 | | | | | | 69.26 |
| 02/27 | Stipend | | | 200.00 | | 200.00 | | 15.30 | | | | 0.55 | | 184.15 |
| 03/20 | Stipend | | | 1075.00 | | 1075.00 | | 82.23 | 140.78 | 52.40 | | 35.73 | | 763.86 |
| QTR 1 | | | | 1625.00 | | 1625.00 | | S 100.75 M 23.56 | 140.78 NY | 52.40 | NYC | 36.83 | | 1270.68 |
| 04/10 | Stipend | | | 75.00 | | 75.00 | | 5.74 | 0.19 | | | | | 69.07 |
| 04/17 | Stipend | | | 800.00 | | 800.00 | | 61.20 | 83.50 | 35.32 | | 24.32 | | 595.66 |
| 04/24 | Stipend | | | 200.00 | | 200.00 | | 15.30 | 12.69 | 2.31 | | 2.13 | | 167.57 |
| 05/15 | Stipend | | | 75.00 | | 75.00 | | 5.74 | 0.19 | | | | | 69.07 |
| 05/29 | Stipend | | | 200.00 | | 200.00 | | 15.30 | 12.69 | 2.31 | | 2.13 | | 167.57 |
| 06/05 | Stipend | | | 200.00 | | 200.00 | | 15.30 | 12.69 | 2.31 | | 2.13 | | 167.57 |
| 06/26 | Stipend | | | 200.00 | | 200.00 | | 15.30 | 12.69 | 2.31 | | 2.13 | | 167.57 |
| QTR 2 | | | | 1750.00 | | 1750.00 | | S 108.50 M 25.38 | 134.64 NY | 44.56 | NYC | 32.84 | | 1404.08 |
| YTD 2019 | | | | 3375.00 | | 3375.00 | | S 209.25 M 48.94 | 275.42 NY | 96.96 | NYC | 69.67 | | 2674.76 |



Tagliaferro, Salvatore
Soc Sec#: xxx-xx-1060
[Redacted]
Staten Island, NY [Redacted]

# EMPLOYEE EARNINGS RECORD
(Requested Check Dates 01/01/17 - 12/31/20)

0020 1905-9905 United Brotherhood of Carpenters & Joiners of Americ

| CHECK DATE | DESCRIPTION | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR 2 | Hourly | 32.00 | | 1925.44 | | 4475.44 | | Social Security | 277.48 | | |
| | Stipend | | | 2550.00 | | | | Medicare | 64.89 | | |
| | | | | | | | | Fed Income Tax | 175.84 | | |
| | | | | | | | | NY Income Tax | 121.02 | | |
| | | | | | | | | NY NYC CTY Inc | 81.72 | | |
| QTR 2 TOTAL | | | | | | 4475.44 | | | 720.95 | | 3754.49 |
| QTR 3 | Hourly | | | 975.00 | | 975.00 | | Social Security | 60.45 | | |
| | Stipend | | | | | | | Medicare | 14.14 | | |
| | | | | | | | | Fed Income Tax | | | |
| | | | | | | | | NY Income Tax | 0.23 | | |
| | | | | | | | | NY Disability | | | |
| | | | | | | | | NY Disability EE PFL | | | |
| | | | | | | | | NY NYC CTY Inc | 1.17 | | |
| QTR 3 TOTAL | | | | | | 975.00 | | | 75.99 | | 899.01 |
| QTR 4 | Stipend | | | 825.00 | | 825.00 | | Social Security | 51.15 | | |
| | | | | | | | | Medicare | 11.96 | | |
| | | | | | | | | NY Income Tax | 0.23 | | |
| | | | | | | | | NY NYC CTY Inc | 1.17 | | |
| QTR 4 TOTAL | | | | | | 825.00 | | | 64.51 | | 760.49 |
| | Hourly | 32.00 | | 1925.44 | | 6275.44 | | Social Security | 389.08 | | |
| | Stipend | | | 4350.00 | | | | Medicare | 90.99 | | |
| | | | | | | | | Fed Income Tax | 175.84 | | |
| | | | | | | | | NY Income Tax | 121.48 | | |
| | | | | | | | | NY Disability | | | |
| | | | | | | | | NY Disability EE PFL | | | |
| | | | | | | | | NY NYC CTY Inc | 84.06 | | |
| TOTAL | | | | | | 6275.44 | | | 861.45 | | 5413.99 |
| QTR 1 | Stipend | | | 1375.00 | | 1375.00 | | Social Security | 85.25 | | |
| | | | | | | | | Medicare | 19.94 | | |
| | | | | | | | | NY Income Tax | 14.64 | | |
| | | | | | | | | NY NYC CTY Inc | 11.51 | | |
| QTR 1 TOTAL | | | | | | 1375.00 | | | 131.34 | | 1243.66 |
| QTR 2 | Stipend | | | 1150.00 | | 1150.00 | | Social Security | 71.30 | | |
| | | | | | | | | Medicare | 16.67 | | |
| | | | | | | | | NY Income Tax | 7.32 | | |
| | | | | | | | | NY NYC CTY Inc | 7.13 | | |
| QTR 2 TOTAL | | | | | | 1150.00 | | | 102.42 | | 1047.58 |

# EMPLOYEE EARNINGS RECORD
(Requested Check Dates 01/01/17 - 12/31/20)

0020 1905-9905 United Brotherhood of Carpenters & Joiners of

| CHECK DATE | DESCRIPTION | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR 3 | Stipend | | | 825.00 | | 825.00 | | Social Security<br>Medicare<br>NY NYC CTY Inc | 51.15<br>11.97<br>1.65 | | |
| QTR 3 TOTAL | | | | | | 825.00 | | | 64.77 | | 760.23 |
| QTR 4 | Stipend | | | 825.00 | | 825.00 | | Social Security<br>Medicare<br>NY NYC CTY Inc | 51.15<br>11.96<br>1.65 | | |
| QTR 4 TOTAL | | | | | | 825.00 | | | 64.76 | | 760.24 |
| | Stipend | | | 4175.00 | | 4175.00 | | Social Security<br>Medicare<br>NY Income Tax<br>NY NYC CTY Inc | 258.85<br>60.54<br>21.96<br>21.94 | | |
| TOTAL | | | | | | 4175.00 | | | 363.29 | | 3811.71 |
| QTR 1 | Stipend | | | 1625.00 | | 1625.00 | | Social Security<br>Medicare<br>Fed Income Tax<br>NY Income Tax<br>NY NYC CTY Inc | 100.75<br>23.56<br>140.78<br>52.40<br>36.83 | | |
| QTR 1 TOTAL | | | | | | 1625.00 | | | 354.32 | | 1270.68 |
| QTR 2 | Stipend | | | 1750.00 | | 1750.00 | | Social Security<br>Medicare<br>Fed Income Tax<br>NY Income Tax<br>NY NYC CTY Inc | 108.50<br>25.38<br>134.64<br>44.56<br>32.84 | | |
| QTR 2 TOTAL | | | | | | 1750.00 | | | 345.92 | | 1404.08 |
| | Stipend | | | 3375.00 | | 3375.00 | | Social Security<br>Medicare<br>Fed Income Tax<br>NY Income Tax<br>NY NYC CTY Inc | 209.25<br>48.94<br>275.42<br>96.96<br>69.67 | | |
| TOTAL | | | | | | 3375.00 | | | 700.24 | | 2674.76 |