**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2021

Caption:
United States v.

Salvatore Tagliaferro

Docket No.: 19 Cr. 472 (PAC)
Crotty, J.
(District Court Judge)

Notice is hereby given that Salvatore Tagliaferro appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ✓ Judgment, Forfeiture & Restitution Orders
(specify)
entered in this action on 9/9/21 & 9/14/21, respectively.
(date)

This appeal concerns: Conviction only [ ]  Sentence only [ ]  Conviction & Sentence [✓]  Other [✓]
Defendant found guilty by plea [ ]  trial [✓]  N/A [ ]
Offense occurred after November 1, 1987? Yes [✓]  No [ ]  N/A [ ]
Date of sentence: September 8, 2021   N/A [ ]
Bail/Jail Disposition: Committed [ ]  Not committed [✓]  N/A [ ]

Appellant is represented by counsel? Yes [✓]  No [ ]  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Richard H. Rosenberg, Esq. / Michael K. Bachrach, Esq. |
| Counsel's Address: | 217 Broadway, Suite 707 / 224 W. 30th St., Suite 302 |
| | New York, NY 10007 / New York, NY 10001 |
| Counsel's Phone: | (917) 576-1446 / (212) 929-0592 |
| Assistant U.S. Attorney: | AUSA Jarrod L. Schaeffer / AUSA Thomas McKay |
| AUSA's Address: | U.S. Attorney's Office, SDNY |
| | One St. Andrew's Plaza, New York, NY 10007 |
| AUSA's Phone: | (212) 637-2200 / (212) 637-2268 |

Signature