JAMES R. FROCCARO, JR.
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

January 6, 2022

BY ECF
Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re:  United States v. Tagliaferro
                      19 Cr 472 (PAC)

Dear Judge Crotty:

      Moments ago, I filed a Notice of Appearance on behalf of defendant Salvatore Tagliaferro in connection with this matter. Mr. Tagliaferro is scheduled to surrender to the Bureau of Prisons for the commencement of his sentence this coming Monday, January 10, 2022. Unfortunately, Mr. Tagliaferro, who has a heart condition and is high risk, was diagnosed with COVID-19 yesterday. He is experiencing multiple symptoms of the virus, including fever, headaches and difficulty breathing. I have attached for Your Honor's review, a copy of the Final Report confirming his positive test result.

      By this letter, I am respectfully requesting that Mr. Tagliaferro's surrender date be extended from January 10, 2022, until January 24, 2022, a period of 14 days, in order to allow him to be treated and recover.

      The government has consented to this request.

Respectfully yours,
/JRF/
James R. Froccaro, Jr.

JRF:pa

1/6/2022
The surrender date is extended to January 24, 2022. SO ORDERED.

*Paul A. Crotty*