Case 1:19-cr-00472-PAC Document 210 Filed 02/03/22 Page 1 of 1

S.D.N.Y.—N.Y.C.
19-cr-472
Crotty, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of February, two thousand twenty-two.

Present:

    José A. Cabranes,
    Gerard E. Lynch,
    William J. Nardini,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **February 3, 2022**

United States of America,

        *Appellee*,

v.                                              21-2223

John DeFalco, AKA Sealed Defendant 2,

        *Defendant*,

Salvatore Tagliaferro, AKA Sealed Defendant 1,

        *Defendant-Appellant*.

Appellant moves for bail pending appeal. Upon due consideration, it is hereby ORDERED that the motion is DENIED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/03/2022