UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

- v. -

SALVATORE TAGLIAFERRO

        Defendant.
-----------------------------------------------------------X

ORDER

19-CR-00472-01 (PAC)

IT IS HEREBY ORDERED:

    Dawn M. Cardi is appointed to represent Salvatore Talgiaferro as CJA counsel for the purpose of filing a motion, *Nunc Pro Tunc* October 2, 2023. SO ORDERED.

DATE:
October 2, 2023

_____
PAUL A CROTTY
United States District Judge