```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SALVATORE TAGLIAFERRO,<br><br>                    Defendant. | No. 19 CR 472 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of a letter mailed directly to chambers by Defendant Salvatore Tagliaferro. (Dkt. no. 242.) The Court construes Mr. Tagliaferro's letter as a motion to reduce his term of imprisonment and modify the conditions of his confinement pursuant to the First Step Act and the Second Chance Act. The Government shall respond to Mr. Tagliaferro's motion no later than May 22, 2024. Mr. Tagliaferro shall file any reply, either pro se or through counsel, no later than May 29, 2024.

**SO ORDERED.**

Dated:    May 8, 2024
           New York, New York

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge