AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>SALVATORE TAGLIAFERRO | )<br>)<br>)<br>)<br>) |

Date of Original Judgment:  09/08/2021
Date of Previous Amended Judgment:  _____
*(Use Date of Last Amended Judgment if Any)*

Case No:  1:19CR00472-01 (LAP)
USM No:  47866-053

Dawn Cardi
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     60 MONTHS     months **is reduced to**   TIME SERVED   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     09/08/2021     shall remain in effect.
**IT IS SO ORDERED.**

Order Date:     12/11/2024

*Judge's signature*

Effective Date:     12/11/2024
*(if different from order date)*

Loretta A. Preska, Senior U.S.D.J.
*Printed name and title*